In The
United States District Court
Northern District of Indiana

Richard Dodel,
plaintiff,

v.

Wexford Medical Inc.
Doctor Jackson
Jane Doe #1
Jane Doe #2

Cause # 3:19-cv-299

Plaintiff's Complaint Under 42 USC § 1983

I. Jurisdiction and Liability

Comes Now Richard Dodel, plaintiff pro se, who complains of the defendants and files his plaintiff's Complaint, and for his Cause of action alleges and says as follows:

1. The District Court has jurisdiction over this Cause pursuant to 28 U.S.C. § 1331, which grants Federal District Courts original jurisdiction over cases arising under the Constitution, Laws or treaties of the United States. The jurisdiction of the Court over the state law claims is based on the supplemental jurisdiction statute 28 U.S.C § 1367(a) which extends the jurisdiction of the Federal District Courts to all claims that are sufficiently

related to the claim or claims on which their original jurisdiction is based to be part of the same case or controversy within the meaning of Article III of the Federal Constitution.

## II Defendant Parties

2. Defendant Wexford Medical Inc., "Wexford" at all times relevant to this action is the duly contracted Health Care provider for the Indiana Department of Corrections and the Westville Correctional Facility. Defendant Wexford Medical Inc. is defined as a person under 42 U.S.C. § 1983, liable for the violation(s) of Federally protected rights while acting under color of State law. Further, at all times relevant to this cause, Defendant Wexford Medical was directly responsible for the medical care/needs of Dodd, while he was incarcerated at the Westville Correctional Facility, and for the implementation of establishment of policies, both formally and informally, by custom and practice, relevant relative to the welfare and medical care of Dodd while he was incarcerated at the Westville Correction Facility.

3. Defendant Doctor Jackson at all times relevant to this action acted individually, and in his official capacity, as the Physician here at the Westville Correctional Facility, located at 5501 South 1100 West, Westville, Indiana 46391, and performed duties as a Physician for the Defendant Wexford

at the Westville Correctional Facility. Defendant Jackson is defined as a person under 42 U.S.C. § 1983, liable for the violation of Federally protected rights while acting under color of State law. Further, at all times relevant to this cause, Defendant Jackson was a Physician at the Westville Correctional Facility and was directly responsible for the medical needs of Dodd, while he was incarcerated at the Westville Correctional Facility. Further, at all times relevant to this cause of action Defendant Jackson, while acting individually, under color of state law deprived Dodd of his Federally protected rights

4. Defendant Jane Doe #1. at all times relevant to this cause acted individually, and in her official capacity, worked as a Nurse, here at the Westville Correctional Facility located at 5501 South 1100 west, Westville, IN 46391, and performed duties as a Nurse while working for the defendant Wexford Medical. Defendant Jane Doe #1 is defined as a person under 42 U.S.C. § 1983, liable for the violation(s) of Federally protected rights while under color of state law. Defendant Jane Doe #1 is a Nurse at the Westville Correctional Facility and was directly responsible for the medical needs of Dodd while he was incarcerated at the Westville Correctional Facility. Further at all times relative to this cause of action Defendant Jane Doe #1, while acting individually, under color of state law, deprived Dodd of his Federally protected rights.

5. Defendant Jane Doe #2 at all times relevant to this action acted individually, and in her official capacity, as a Nurse here at the Westville Correctional Facility, located at 5501 south 1100 west, Westville, Indiana 46391, and performed duties as a Nurse for the defendants Wexford Medical at the Westville Correctional Facility. Defendant Jane Doe #2 is defined as a person under 42 U.S.C. § 1983, liable for the violation(s) of Federally protected rights while acting under color of state law. Further, at all times relevant to this cause, Defendant Jane Doe #2 is a Nurse at the Westville Correctional Facility and was directly responsible for the medical needs of Dodd while he was incarcerated at the Westville Correctional Facility. Further, at all times relative to this cause of action, Defendant Jane Doe #2 while acting individually, under color of state law, deprived Dodd of his Federally protected rights.

## III Nature of Claim

6. Defendants individually, and in their official capacity, engaged in conduct toward achieving deprivation of Dodd's State and Federally protected rights, under color of state law. This conduct was to delay/deny Dodd his serious medical needs; by providing a less than acceptable level of health care; in many instances denying Dodd the medications needed to fight his painful medical conditions. Overall, Wexford and the

defendants demonstrate a pattern of behavior which demonstrates a failure to exercise due diligence, professional expertise, skill and good judgment. These defendants failed to acknowledge, or chose to ignore, facts offered by Dodd that would have assisted in providing the proper care/treatment for Dodd's painful medical condition. These defendants were deliberately indifferent to Dodd's serious medical needs; and such a departure from accepted professional judgment, practice or standards as to demonstrate that the persons responsible did not base the decisions on such a judgment. In requesting medical treatment for a time sensitive issue, Dodd was made to submit multiple requests, over a period of months, in order to get medical attention for an issue that requires immediate medical attention. One such request Dodd suspects was disposed of by medical staff responsible for screening said medical requests. If it wasn't for Dodd's family members / Corrections staff placing calls to the appropriate staff, Dodd could have very well lost vision in his eye. Documents have been falsified by medical staff, in an attempt to cover up the deliberate indifferent attitude/treatment by staff. This custom/practice/policy of being deliberately indifferent to Dodd, as well as others, serious medical needs should not be allowed to be the norm and should justify an additional award of punitive damages aside from any compensatory award. The continued persistant delay in proper diagnosis and or treatment demonstrates a deliberate indifferent toward Dodd's

seriously painful medical needs. This fundamental failure to timely treat Dodd's medical condition early on, has allowed for further pain and suffering and deterioration of Dodd's eye sight.

## IV Introduction

7. Dodd has been continuously confined since 1997, so his entire medical history is on site and can be accessed at any time by medical staff. As a result of good conduct, and time left remaining to serve, Dodd was transferred to Westville Correctional Facility on August 22, 2017.

Dodd suffers from a disease known as Ankylosing Spondylitis. Dodd has tested positive for HLA-B27 - a rare genetic disorder that makes him more prone to inflamitory related diseases; such as Ankylosing Spondylitis. Ankylosing Spondylitis [hereafter "AS"] is an extremely painful medical condition that affects Dodds Spine - from neck to base of spine, ribs, hips, shoulders etc. A complications associated with AS. is Iritis, also known as anterior Uvetis. Put simply Iritis is inflamation of the eye. The eye becomes red [almost looks like pink eye] very sensative to light and vision becomes blurry and the eye waters. Any and all light causes a splitting headache. Iritis requires immediate medical attention, because the condition will quickly deteriorate and the Retina will detach and require surgery to re-attach it. Dodd has suffered from Iritis

multiple times over the years, so its well documented in his medical packet along with information for treating Iritis.

8. On 8-24-18 I submitted a medical request explaining that I was experiencing another episode of Iritis, and that I needed help. I noted at the top of the request [medical Request] that it was a chronic care issue, so it would be taken serious. Dodd is on Chronic Care for his A.S.; and as stated above Iritis is a complication of A.S.

Dodd gets the medical Request returned to him with instructions to submit another medical request. the Response stated: "Chronic care issues are discussed at chronic care, you may be scheduled for Nurse Sick Call but there is a Co-pay. Resubmit for sick call". By the time I get the request back its been approximately 1-week. So I immediately submit another, and in doing so state that perhaps instead of finding ways to "get out" of providing treatment, maybe they should focus on providing treatment. I don't know what happened to that particular medical Request, because while I painfully waited for a medical pass to be issued - one never came. I suspect it was disposed of. But I was left thinking help was on the way, but I was left to suffer by medical staff, because at that time no one had been notified, so the first 2 medical Requests never went further than the person screening the medical Requests - and who-ever they are never notified anyone - never had Dodd

Scheduled to see a Doctor or a Nurse and Dodd was unaware of this limbo status.

9. It wasn't until the Correctional Officer stopped at my bunk area and inquired about my eye. He had watched me suffer for weeks. I had informed the Correctional Officer that I had submitted a couple medical requests. Said Officer looked at my eye and commented on how bad it looked; he asked for my I.D. and went to go make some calls. It worked and they asked for me to come over to medical immediately. When I arrived, I had asked about the previous two [2] medical Request Dodd filed and was informed that they [medical] was not aware of any submitted by Dodd. The Nurse had me fill one out right there. [medical Request]

10. I was seen by a Nurse [Jane Doe #1] and she prescribed me some eye drops for pink eye (ciprofloxacin) even though the medical Request filled out by Dodd stated it was Iritis. It is obvious that Dodds request he filled out right there wasn't referenced, nor was Dodd's Medical Records/history. Just in and out and a "here take these" drops.

11. As a result of receiving the "wrong medication" my condition just got worse. I called home and told my family what was going on. Dodds family called the prison and raised hell; The Correctional Officer made more calls because the color part of the eye was

turning white; it looked as if I was going blind. Dodd's eye no longer reacted to light. Dodd had also submitted another medical Request.

12. Dodd was again ordered over immediately. The nurse examining Dodd called Dr. Jackson and relayed the facts. Doctor Jackson refused to see Dodd, but told/instructed the nurse to give/prescribe Artificial tears Solution and to tell Dodd to wait another 2 weeks until the eye Doctor got back from vacation.

13. Dodds vision has suffered as a result of the deliberate indifferent attitudes of the medical staff. From the nurse screening the medical Requests all the way to Doctor Jackson. Dodd's vision has deteriorated and he has spots (called floaters) all over his vision.

## V. Statement of Facts to Claim

14. As an initial matter, Dodd has learned through an investigation that the Defendant "Wexford" has a custom/practice of not meeting the medical needs of prisoners who have serious medical needs at the Westville Correctional Facility. Dodd has been dealing with his pain issue associated with his inflammation problem since arriving in August of 2017 at Westville. Wexford and their staff has always made Dodd feel as though he was

over-reaching or asking for something he didn't need or deserve; Most of these Defendants act as though they are under some kind of pressure to take medications away. As a result these Defendants have taken Dodd's Naproxen (NSAID pain reliever) only to give it back, only in the form of 25% of what Dodd was prescribed at another prison, and they leave Dodd to suffer agonizing pain. These Defendants exhibit a lack of understanding when it comes to [HLA-B27] & A.S. as demonstrated by their level of care. These defendants lack the determination and refuse to educate themselves about Dodd's painful Disease and Refuse to provide the only medication that has shown to be affective.

15. Dodd has submitted health Care requests for medical issues that are serious issues, but instead of examining Dodd, they simply return the form claiming Dodd was seen by medical staff - only Dodd was never even seen at all. These defendants have hit an all time low by falsifying medical documents to keep from doing the work, or to Cover up the fact that things aren't being done at all.

16. Dodd suffers from severe pain based upon the actions/inactions of the defendants because these defendants refuse to allow Dodd access to the proper pain relieving drugs, or they simply not motivated to seek out the proper supporting documents needed to justify

requesting the proper medications. In sum these defendants have denied Dodd proper medical care and pain relieving medications and because of their actions/inactions have resulted in the pain and suffering by Dodd, these actions/inactions should be considered Cruel because Dodd was made to suffer needlessly.

17. As a result of the deliberate Indifferent attitude of defendants and their actions/inactions making little to no effort to remedy Dodds suffering when it comes to his vision, or providing the proper medication, or even attempting to reference Dodds medical chart to get an idea of what he suffered from Results in a violation of Dodds Rights under the Cruel and unusual punishment clause of the 8th Amendment Amendment of the United States Constitution These Defendants have failed and have made little or no effort to allow Dodd access to quality medical care; even though they are the Contracted Health Care Provider and have a duty to do so

18. Further evidence of the deliberately indifferent attitude is being made to wait "Months" to see a dentist after informing Dental of being in serious pain. Face & Jaw being Swollen, possibly infected - but still made to wait months at a time.

19. Wexford is the Contracted Health Care provider for the Indiana Department of Corrections which includes

the Westville Correctional Facility. Dodd is an inmate at the Westville Correctional Facility. Therefore Wexford owes Dodd a duty to provide the care agreed upon in their Contract with the State and further instructions referenced in the Health Care Service Directives, of which Wexford is in violation of.

Wherefore Richard Dodd requests Judgment in the amount as is Just and proper to adequately Compensate him for his injury, pain and suffering from all the defendants and the Cost of eye Surgery to Correct the damage caused by Defendants.

## VII Exhaustion of Administrative Remedies

20. Dodd has exhausted the administrative remedies available to him through the Indiana Department of Corrections by filing an informal, formal and appeal. The grievance officer Mr. Howel has made the administrative remedy extremely difficult, but Dodd has done all he can in that regard. As the law states, I, Dodd must make a good faith effort to exhaust his administrative remedies, which he has done.

## VII. Legal Claims

21. Dodd reiterates & incorporates by reference each and every allegation heretofore set forth as a part hereto.

### Claim #1

### Violation of Title 42 USC § 1983
### Cruel and unusual Punishment

22. Wexford was deliberately indifferent to Dodd's serious medical needs while housed at the Westville Correctional Facility. More specifically from 8-22-17 to present, by these Defendants failure to provide proper treatment/care. These Defendants failed to reference Dodds medical history or listen to him regarding his Iritis; these defendants have taken away needed medications, leaving Dodd to suffer agonizing pain; and these defendants have falsified documents in an attempt to cover up failures. Provided incorrect treatment and as a result suffered damage to the eye(s)

23. Defendants Jane Doe #1 and Jane Doe #2 was deliberately indifferent to Dodds serious medical needs after being confronted/informed by Dodd what he suffered from; defendants ignored/disregarded the helpful information - refused to reference Dodd's medical history - and instead made a poor judgment call that lead to a mis-diagnosis and a

medication that wasn't helpful and could have assisted with the damage done to his eye. These defendants failure to properly diagnose/treat Dodd lead to further pain and suffering, as well as contributed to the damage to eye.

24. Defendant Jackson failure to get involved to properly access the eye - even after he was informed the eye no longer reacted to light; But instead to leave Dodd's care in the hands of the nurses who had twice before made improper decisions regarding the diagnosis & treatment of Dodds eye showed a complete disregard for Dodds health and safety - to include his vision. defendant Jackson's actions/inactions directly contributed to the problems of Dodds eye - and defendant Jackson made the call for Dodd to wait an additional 2 weeks - after the 2 months already gone by - even after he was informed the eye no longer reacted to light. This amounts to a sufficiently serious violation of Dodds 8th amendment right to be free from Cruel & Unusual Punishment and is deliberately indifferent to Dodds serious medical need.

## Claim II
## Punitive Damages

25. Dodd reiterates and incorporates by reference each and every

allegation heretofore set forth.

The actions/inactions as well as the conduct exhibited by the defendants and Wexford for not adequately preparing for visits, not familiarizing themselves with/or referencing relevant medical history and or previous providers notes has resulted in Dodd suffering needlessly and almost lost his vision in one eye. This lack of due diligence has injured Dodd and will result in years of trouble. The problems with the eyes will effect Dodds ability to read - the only means of escape for a prisoner. This amounts to deliberate indifference in violation of Dodds Rights under the Cruel & Unusual Punishment Clause of the Eighth Amendment of the U.S. Constitution. This should result in punitive damages to be awarded to Dodd

Dodd reiterates & incorporates by reference each and every allegation heretofore set forth

## Claim III
### Emotional Distress

26. As a result of the defendants egregious conduct resulting in needless pain/injury to Dodd and these defendants violation of Dodd's right to adequate medical care for a serious medical need. Dodd suffered pain, mental & psychological suffering, as well as emotional

distress from their actions/inactions. Dodd is also entitled to attorney fees in this matter, as well as punitive damages as a result of defendants wanton and willful disregard for Dodd's health and well being

## Claim IV
## Breach of Contract

27. Dodd reiterates & incorporates by reference each and every allegation heretofore set forth

Defendant Wexford is the Contracted health care Provider for the Indiana Department of Corrections. Defendant Wexford is paid tens of millions of dollars per year in a contract with the I.D.O.C. to provide adequate, competent, timely medical care to all offenders [including Dodd] under the custody and care of the I.D.O.C. [Dodd is under the care & custody of I.D.O.C.]. And per contract with the I.D.O.C defendant Wexford has agreed to properly train all of its medical personnel that it takes and places into all Correctional facilities in the State [Including Westville Correctional Facility.]
This training includes how to properly respond to medical emergencies, what constitutes a serious medical need, and how to adequately respond to such a serious medical need.

Defendant ~~Corizon~~ Wexford has breached the Contract between itself and the I.D.O.C, and thus with Dodd. This is true because defendant Wexford owes a duty to Dodd based on Dodd being incarcerated in the I.D.O.C [and a ward of the State] and because Dodd is in fact a Sub party to any Contract between the defendant Wexford and the other party [I.D.O.C]. The Contract between defendant Wexford and the I.D.O.C. is for the Sole benifit of Dodd and others incarcerated offenders in the I.D.O.C, without Dodd [and other incarcerated offenders in the I.D.O.C., there would be no Such Contract.

In addition Dodd & his family members are tax payers in the State of Indiana, meaning a duty is owed to Dodd by defendant Wexford Seperate from the preceeding duty of Competent medical Care and adequate ~~health~~ medical Care.

Based on this Breach of Contract Dodd is requesting that the defendant Wexford give back all monies to the I.D.O.C that was paid for the 2nd half of 2017 and all of the year 2018, and pay Dodd a Sum of $250,000 for this breach of Contract.

## VIII Prayer for Relief

Wherefore, the plaintiff Richard Dodd respectfully prays that this Court afford the following relief:

Declare the acts of denials of the defendants described herein violated Dodd's Rights under the laws of the U.S. Constitution.

Enter an order for injunctive relief with a goal of securing the health and reasonable medical needs of Dodd, both for the present and in the future while housed at the Westville Correctional Facility ("Department of Corrections") by ordering these defendants to maintain proper medical care for Dodd, and for these Defendants to properly train their medical staff in how to screen medical requests and how to recognize/render proper medical care for Dodd's serious medical needs.

Enter an award of Compensatory Damages in favor of Dodd in the amount of $200,000.00 against Wexford and $50,000.00 from each of the defendants (Jackson, Doe#1, Doe#2) to make Dodd whole again, include the cost of this action and related fees, as allowed by law, against each defendant. And an additional award in the amount of $100,000.00 total combined for all defendants in punitive damages and based upon emotional distress to deter this conduct by defendants in the future, and based on their past conduct, and an additional $250,000.00 against defendant

Wexford for future medical expenses as they relate to post incarceration health care for surgery needed on Dodd's eyes

Order a Schedule to establish dates for the completion of discovery and other pre-trial procedures, including a date set for Jury trial

Order any such additional relief this Court may deem just and proper.

Respectfully Submitted

*Richard Dodd*
Richard Dodd

I Richard Dodd hereby verify under the penalties of perjury, that the facts, dates, and Contents of the foregoing Dodds Plaintiff's Complaint Under 42 U.S.C. § 1983, and attached exhibits/documents are authentic, true, and Correct to the best of my knowledge, Sworn this 24th day of March, 2019.

*Richard Dodd*
Richard Dodd